# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RICHARD LAWSON EXCAVATING, INC., | No. 321 WAL 2015 |
| Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| MEADOWS LANDING ASSOCIATES, LP, | |
| Respondent | |
| OAKDALE EQUIPMENT CORPORATION, | No. 322 WAL 2015 |
| Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| MEADOWS LANDING ASSOCIATES, LP, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.